UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARLOS VIGIL, | Case No. 3:13-cv-00545-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ATTORNEY GENERAL, et al., | |
| Respondents. | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

Petitioner has submitted a motion for leave to proceed *in forma pauperis* and a petition for a writ of habeas corpus. Based on the information regarding petitioner's financial status, the motion to proceed *in forma pauperis* is denied. Petitioner must pay the $5.00 filing fee for habeas corpus actions. 28 U.S.C. § 1914(a). Petitioner shall be given an opportunity to pay the fee in this action.

It is therefore ordered that the motion for leave to proceed *in forma pauperis* (dkt. no. 1) is denied. Petitioner shall have thirty (30) days from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk. Failure to do so may result in the dismissal of this action.

It is further ordered that the Clerk shall send petitioner two (2) copies of this order. Petitioner is ordered to make the necessary arrangements to have one (1) copy of this order attached to the check in the amount of the $5.00 filing fee.

It is further ordered that the Clerk shall retain the petition but not file it at this time.

DATED THIS 4th day of October 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE